# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **S.A. Corp. dba Vacuums Unlimited dba Go Vacuum, And Chander Anand** | **Case No.        1:15-cv-00071-GBL-TRJ** |
| Plaintiffs, | |
| v. | |
| **Hartford Casualty Insurance Co.,** | **Amended certificate of service** |
| Defendant. | |

S. A. Corp. and Chander Anand herby file this amended certificate of service. Per agreement of counsel, plaintiffs' moving papers regarding partial summary judgment (Dkt.# 5-9) are deemed served via mail on Hartford's counsel on February 18, 2015.

Respectfully submitted,

S.A. CORP., CHANDER ANAND


By:  /s/John J. Rasmussen
       John Rasmussen

Virginia State Bar No. 45787
INSURANCE RECOVERY LAW GROUP, PLC
P. O. Box 8049
Richmond, VA  23223-0049
804.308.1359
804.308.1349 Facsimile
jjr@insurance-recovery.com

Counsel for Plaintiffs
S.A. CORP., CHANDER ANAND

CERTIFICATE

       I hearby certify that on February 25, 2015, I filed and served the foregoing document via ECF thereby providing notice of electronic filing on  following:

Rodney Scott Caulkins , Esq.
CAULKINS & BRUCE PC
2300 Wilson Boulevard
Suite 240
Arlington, VA 22201
(703) 558-3664
(703) 525-1331 Facsimile
scaulkins@caulkinsbruce.com

*Counsel for Hartford*


       By:  /s/John J. Rasmussen
           John Rasmussen

       Virginia State Bar No. 45787
       INSURANCE RECOVERY LAW GROUP, PLC
       P. O. Box 8049
       Richmond, VA  23223-0049
       804.308.1359
       804.308.1349 Facsimile
       jjr@insurance-recovery.com

       Counsel for Plaintiffs
       S.A. CORP., CHANDER ANAND