IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:15-cv-71-GBL-TRJ, Case Name S.A. Corp. et al. v. Hartford Cas. Ins. Co.
Party Represented by Applicant: Hartford Casualty Insurance Company

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) James Pio Ruggeri
Bar Identification Number 431034    State District of Columbia
Firm Name SHIPMAN & GOODWIN LLP
Firm Phone # 202-469-7750    Direct Dial # 202-469-7752    FAX # 202-469-7751
E-Mail Address jruggeri@goodwin.com
Office Mailing Address 1875 K Street NW, Suite 600, Washington DC 20006

Name(s) of federal court(s) in which I have been admitted D.D.C.; 11th Cir.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    2/25/15
R. Scott Caulkins    (Date)
                    23584
(Typed or Printed Name)    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

(Judge's Signature)    (Date)

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

John Janney Rasmussen
Insurance Recovery Law Group PLC
3015 E Broad St
PO Box 8049
Richmond, VA 23223
804−308−1359
Fax: 804−308−1349
Email: jjr@insurance−recovery.com
*Counsel for Plaintiffs*

*/s/R. Scott Caulkins*
R. Scott Caulkins