IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:15-cv-00071-GBL__, Case Name __S.A. Corp., et al. v. Hartford, et al.__
Party Represented by Applicant: __All Named Plaintiffs__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __David Allan Gauntlett__
Bar Identification Number __96399__  State __California__
Firm Name __Gauntlett & Associates__
Firm Phone # __949-553-1010__   Direct Dial # __949-222-5356__   FAX # __949-553-2050__
E-Mail Address __dag@gauntlettlaw.com__
Office Mailing Address __18400 Von Karman Avenue, Suite 300, Irvine, CA 92612__

Name(s) of federal court(s) in which I have been admitted __All Districts in California; Court of Appeals for 1st, 4th, 7th, 8th, 9th & 10th Circuits; US Supreme Court; Dist. of Connecticut; Dist of Wisconsin(Eastern)__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.
_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____   2-24-15
(Signature)                        (Date)
John J. Rasmussen                  45787
(Typed or Printed Name)            (VA Bar Number)

---

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/ JFA
John F. Anderson                   FEB. 26, 2015
United States Magistrate Judge
(Judge's Signature)                (Date)



THE STATE BAR
OF CALIFORNIA     MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

January 30, 2015

**TO WHOM IT MAY CONCERN:**

This is to certify that according to the records of the State Bar, DAVID ALLAN GAUNTLETT, #96399 was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1980; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records