# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| S.A. Corp., d/b/a/ Vacuums Unlimited d/b/a Go Vacuum, and Chander Anand, <br><br> Plaintiffs, <br><br> v. <br><br> Hartford Casualty Insurance Company, <br><br> Defendant. | Case No. 1:15-cv-00071-GBL-MSN |

## NOTICE OF WAIVER OF HEARING

PLEASE TAKE NOTICE that Defendant Hartford Casualty Insurance Company, by and through its undersigned counsel, waive oral argument and/or hearing on its Motion for Leave to File Supplemental Authority.

Date: April 1, 2015

Respectfully submitted,

/s/R. Scott Caulkins
R. Scott Caulkins, Esq., VSB No. 23584
CAULKINS & BRUCE, PC
2300 Wilson Blvd., Suite 240
Arlington, VA 22201
Telephone: (703) 558-3664
Facsimile: (703) 525-1331
scaulkins@caulkinsbruce.com

*Pro Hac Vice:*
James P. Ruggeri, DC Bar No. 431034
SHIPMAN & GOODWIN LLP
1875 K Street NW, Suite 600
Washington, DC  20006
Tel:  202-469-7750
Fax:  202-469-7751
jruggeri@goodwin.com

*Counsel for Defendant Hartford Casualty Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of April 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

John Janney Rasmussen
Insurance Recovery Law Group PLC
3015 E Broad St
PO Box 8049
Richmond, VA 23223
804−308−1359
Fax: 804−308−1349
jjr@insurance−recovery.com

David Allan Gauntlett
Gauntlett & Associates
18400 Von Karman Avenue
Suite 300
Irvine, CA 92612

*Counsel for Plaintiffs*

*/s/R. Scott Caulkins*
R. Scott Caulkins