UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| S.A. Corp., d/b/a/ Vacuums Unlimited d/b/a Go Vacuum, and Chander Anand,<br><br>Plaintiffs,<br>v.<br><br>Hartford Casualty Insurance Company,<br><br>Defendant. | Case No. 1:15-cv-00071-GBL-MSN |

## ORDER

This matter came before the court on Defendant Hartford Casualty Insurance Company's Motion for Leave to File Supplemental Authority. Upon consideration of the Motion for Leave to File Supplemental Authority, it is hereby

**ORDERED** that Defendant Hartford Casualty Insurance Company's Motion for Leave to File Supplemental Authority is **GRANTED.**

ENTERED this 2d day of April, 2015.

/s/
Gerald Bruce Lee
United States District Judge

United States District Judge
Eastern District of Virginia