**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

Alexandria Division

| | |
|---|---|
| S.A. CORP. dba VACUUMS UNLIMITED dba GO VACUUM, and CHANDER ANAND<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE CO.,<br><br>Defendant. | Case No. 1:15-cv-00071-GBL-TRJ<br><br>**NOTICE OF WAIVER OF ORAL ARGUMENT ON S.A. CORP.'S AND ANAND'S MOTION FOR LEAVE TO FILE A RESPONSE TO HARTFORD'S SUPPLEMENTAL AUTHORITY** |

PLEASE TAKE NOTICE that Plaintiffs S.A. Corp. and Chander Anand, by and through their undersigned counsel, waive oral argument and/or hearing on their Motion For Leave To File A Response To Hartford's Supplemental Authority.

| | |
|---|---|
| Dated: April 13, 2015 | /s/ John J. Rasmussen<br>John J. Rasmussen<br><br>**LOCAL COUNSEL:**<br>John J. Rasmussen<br>Virginia State Bar No. 45787<br>INSURANCE RECOVERY LAW GROUP, PLC<br>P. O. Box 8049<br>Richmond, VA 23223-0049<br>804.308.1359<br>804.308.1349 Facsimile<br>jjr@insurance-recovery.com<br><br>David A. Gauntlett *[Pro Hac Vice]*<br>GAUNTLETT & ASSOCIATES<br>18400 Von Karman, Suite 300<br>Irvine, CA 92612<br>Telephone: (949) 553-1010<br>Facsimile: (949) 553-2050<br>info@gauntlettlaw.com<br><br>*Attorneys for Plaintiffs*<br>*S.A. Corp. and Chander Shekhar Anand* |