# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

**S.A. Corp. dba Vacuums Unlimited dba Go Vacuum, and Chander Anand**

                    Plaintiffs,

    v.

**Hartford Casualty Insurance Co.,**

                    Defendant.

Case No.: 1:15-cv-00071-GBL-TRJ

**Plaintiffs' certificate of service of ECF document numbers 33 and 34**

I certify that I have served ECF docket numbers 33 and 34 on April 14, 2015 by filing them with the ECF system, which will result in the clerk serving an NEF on:

Rodney Scott Caulkins, Esq.
CAULKINS & BRUCE PC
2300 Wilson Boulevard
Suite 240
Arlington, VA 22201
703.558.3664
703.525.1331 fax
scaulkins@caulkinsbruce.com


                                        Respectfully submitted,

Dated:   April 14, 2015                  /s/ John J. Rasmussen
                                            John J. Rasmussen


**LOCAL COUNSEL:**
John J. Rasmussen
Virginia State Bar No. 45787
INSURANCE RECOVERY LAW GROUP, PLC
P. O. Box 8049
Richmond, VA 23223-0049
804.308.1359
804.308.1349 Facsimile
jjr@insurance-recovery.com

                                        David A. Gauntlett *[Pro Hac Vice]*
                                        GAUNTLETT & ASSOCIATES
                                        18400 Von Karman, Suite 300
                                        Irvine, CA  92612
                                        Telephone:  (949) 553-1010
                                        Facsimile:   (949) 553-2050
                                        info@gauntlettlaw.com

                                Attorneys for Plaintiffs
                          S.A. Corp. and Chander Shekhar Anand

**CERTIFICATE**

I certify that I have served the foregoing document on April 14, 2015 by filing it with the ECF system, which will result in the clerk serving an NEF on:

Rodney Scott Caulkins, Esq.
CAULKINS & BRUCE PC
2300 Wilson Boulevard
Suite 240
Arlington, VA 22201
703.558.3664
703.525.1331 fax
scaulkins@caulkinsbruce.com

Counsel for defendant

/s/ John J. Rasmussen
INSURANCE RECOVERY LAW GROUP, PLC
PO Box 8049
Richmond, VA 23223-0049
804.308.1359
804.308.1349 fax
jjr@insurance-recovery.com

Counsel for Plaintiffs
